**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): **16-52753** Chapter **11**

☑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Magnum Movers, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  4 7 - 5 2 4 9 2 5 7

4. **Debtor's address**

   **Principal place of business**

   10438 Tiger Field
   Number  Street

   San Antonio  TX  78251
   City  State  ZIP Code

   Bexar
   County

   **Mailing address, if different from principal place of business**

   Number  Street

   P.O. Box

   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number  Street

   City  State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor **Magnum Movers, LLC**     Case number (if known) **16-52753**

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When _____ Case number _____
     MM / DD / YYYY
     District _____ When _____ Case number _____
     MM / DD / YYYY
     District _____ When _____ Case number _____
     MM / DD / YYYY

Debtor **Magnum Movers, LLC**     Case number (if known) **16-52753**

| | |
|---|---|
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When _____ MM/DD/YYYY<br>      Case number, if known _____<br><br>      Debtor _____ Relationship _____<br>      District _____ When _____ MM/DD/YYYY<br>      Case number, if known _____ |
| 11. Why is the case filed in *this district*? | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>    **Why does the property need immediate attention?** *(Check all that apply.)*<br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>       What is the hazard? _____<br>    ☐ It needs to be physically secured or protected from the weather.<br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>    ☐ Other _____<br><br>    **Where is the property?** _____<br>    Number Street<br>    City     State     ZIP Code<br><br>    **Is the property insured?**<br>    ☐ No<br>    ☐ Yes. Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

### ■ Statistical and adminstrative information

| | |
|---|---|
| 13. Debtor's estimation of available funds | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

Debtor **Magnum Movers, LLC**     Case number (if known) **16-52753**

14. **Estimated number of creditors**
   - ☑ 1-49
   - ☐ 50-99
   - ☐ 100-199
   - ☐ 200-999
   - ☐ 1,000-5,000
   - ☐ 5,001-10,000
   - ☐ 10,001-25,000
   - ☐ 25,001-50,000
   - ☐ 50,001-100,000
   - ☐ More than 100,000

15. **Estimated assets**
   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☑ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☐ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

16. **Estimated liabilities**
   - ☐ $0-$50,000
   - ☐ $50,001-$100,000
   - ☑ $100,001-$500,000
   - ☐ $500,001-$1 million
   - ☐ $1,000,001-$10 million
   - ☐ $10,000,001-$50 million
   - ☐ $50,000,001-$100 million
   - ☐ $100,000,001-$500 million
   - ☐ $500,000,001-$1 billion
   - ☐ $1,000,000,001-$10 billion
   - ☐ $10,000,000,001-$50 billion
   - ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   - ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
   - ■ I have been authorized to file this petition on behalf of the debtor.
   - ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on **01/05/2017**
   MM / DD / YYYY

   X _[signature]_     **Deann Lopez**
   Signature of authorized representative of debtor     Printed name

   Title **President**

18. **Signature of attorney**

   X _[signature]_     Date **01/05/2017**
   Signature of attorney for debtor     MM / DD / YYYY

   **Dean W. Greer**
   Printed name

   **Dean W. Greer**
   Firm name

   **2929 Mossrock, Suite 117**
   Number     Street

   **San Antonio**     **TX**     **78230**
   City     State     ZIP Code

   **(210) 342-7100**     **dwgreer@sbcglobal.net**
   Contact phone     Email address

   **08414100**
   Bar number     State

# Form 1040 — Department of the Treasury—Internal Revenue Service (99)
## U.S. Individual Income Tax Return  2015
OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space

For the year Jan 1–Dec. 31, 2015, or other tax year beginning , 2015, ending , 20  See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Deann M | Lopez | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
10438 Tiger Field

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
San Antonio TX 78251

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**
Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| CAMRON T AGUIRRE | | Son | ☒ |
| RAYDON A LOPEZ | | Son | ☒ |
| BRIANNA M SANCHEZ | | Daughter | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you: **3**
• did not live with you due to divorce or separation (see instructions): ___
Dependents on 6c not entered above: ___

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . .  Add numbers on lines above ▶ **4**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 31,000. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a  8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends  9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 0. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a ___ b Taxable amount | 15b | |
| 16a | Pensions and annuities  16a ___ b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a ___ b Taxable amount | 20b | |
| 21 | Other income. List type and amount _____ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 31,000. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 31,000. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA  Form 1040 (2015)

Form 1040 (2015) Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 31,000. |
| | 39a | Check if: ☐ You were born before January 2, 1951, ☐ Blind. ☐ Spouse was born before January 2, 1951, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| Standard Deduction for— | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 19,044. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 11,956. |
| | 42 | Exemptions. If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 42 | 16,000. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 0. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| • All others: Single or Married filing separately, $6,300 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 0. |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | 0. |
| Married filing jointly or Qualifying widow(er), $12,600 | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | 0. |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | 0. |
| Head of household, $9,250 | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | 0. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 6,781. |
| | 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | 3,522. |
| | b | Nontaxable combat pay election 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | 2,000. |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 12,303. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 12,303. |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | 12,303. |
| Direct deposit? See instructions. | b | Routing number 3 1 4 0 8 9 6 8 1 ▶ c Type: ☒ Checking ☐ Savings | | |
| | d | Account number 1 9 5 4 9 2 2 7 5 | | |
| | 77 | Amount of line 75 you want applied to your 2016 estimated tax ▶ 77 | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) 79 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | |
| | | Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶ | | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation OWNER | Daytime phone number (210) 863-6497

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN

Firm's name ▶ Self-Prepared | Firm's EIN ▶
Firm's address ▶ | Phone no.

www.irs.gov/form1040 | Form 1040 (2015)

| SCHEDULE A (Form 1040) | | Itemized Deductions | | | OMB No. 1545-0074 2015 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*. ▶ Attach to Form 1040. | | | Attachment Sequence No. 07 |
| Name(s) shown on Form 1040 Deann M Lopez | | | | | Your social security number |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 9,000. | | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | 31,000. | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1951, multiply line 2 by 7.5% (.075) instead | 3 | 3,100. | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 5,900. |
| **Taxes You Paid** | 5 | State and local (check only one box): | | | | |
| | | a ☐ Income taxes, or | | | | |
| | | b ☒ General sales taxes | 5 | 937. | | |
| | 6 | Real estate taxes (see instructions) | 6 | 4,015. | | |
| | 7 | Personal property taxes | 7 | 1,732. | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 6,684. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 2,466. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | 3,000. | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | | |
| | 15 | Add lines 10 through 14 | | | 15 | 5,466. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | | | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | | | |
| | 18 | Carryover from prior year | 18 | | | |
| | 19 | Add lines 16 through 18 | | | 19 | |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ Deductible expenses from Form 2106 | 21 | 1,500. | | |
| | 22 | Tax preparation fees | 22 | 114. | | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | | | |
| | 24 | Add lines 21 through 23 | 24 | 1,614. | | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | 31,000. | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 620. | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 | 994. |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ | | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $154,950? | | | | |
| | | ☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | | 29 | 19,044. |
| | | ☐ Yes. Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | | |

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec. ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | 2015 Attachment Sequence No. 09 |

Name of proprietor: Deann M Lopez
Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): moving service
**B** Enter code from instructions: ▶ 4 8 4 2 0 0

**C** Business name. If no separate business name, leave blank: generally located 1800 block of loop 1604 North Frontage
**D** Employer ID number (EIN), (see instr): 4 7 5 2 4 9 2 5 7

**E** Business address (including suite or room no.) ▶ 10438 tiger field
City, town or post office, state, and ZIP code: San Antonio, TX 78251

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2015? If "No," see instructions for limit on losses . [X] Yes [ ] No
**H** If you started or acquired this business during 2015, check here . . . . . . . . . . . . . . . ▶ [X]
**I** Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions) . . . . . . . . [X] Yes [ ] No
**J** If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . . ▶ [ ] | 1 | 106,491. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 16,500. |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 89,991. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 23,100. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . | 5 | 66,891. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 66,891. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . | 8 | 4,950. | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . | 9 | 41,250. | 19 | Pension and profit-sharing plans . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | 800. | b | Other business property . . . | 20b | |
| 12 | Depletion . . . . | 12 | | 21 | Repairs and maintenance . . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | a | Travel . . . . . . . . . | 24a | |
| | | | | b | Deductible meals and entertainment (see instructions) . | 24b | 1,150. |
| 15 | Insurance (other than health) | 15 | | | | | |
| 16 | Interest: | | | 25 | Utilities . . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . | 26 | 20,000. |
| b | Other . . . . . | 16b | | 27a | Other expenses (from line 48) . | 27a | |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** . . . | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . ▶ | | | | | 28 | 68,150. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . | | | | | 29 | -1,259. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2**. (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3**. • If a loss, you **must** go to line 32. | | | | | 31 | 0. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2**. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3**. • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | | | | | 32a [ ] All investment is at risk. 32b [X] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions. BAA  REV 07/11/16 TTO  Schedule C (Form 1040) 2015

Schedule C (Form 1040) 2015 Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |

| | | | |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory: a ☒ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation) | | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No | | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | 0. |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . | 36 | 2,000. |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . | 37 | 20,000. |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . | 38 | 1,100. |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | 0. |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . | 40 | 23,100. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . | 41 | 0. |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | 42 | 23,100. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

See Additional Vehicle Information

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ ....................

44 Of the total number of miles you drove your vehicle during 2015, enter the number of miles you used your vehicle for:

a Business ........................ b Commuting (see instructions) ........................ c Other ........................

45 Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . ☐ Yes ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . ☐ Yes ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. |

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| 48 | Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . | 48 | |

Form **6198**
(Rev. November 2009)
Department of the Treasury
Internal Revenue Service

**At-Risk Limitations**

► Attach to your tax return.
► See separate instructions.

OMB No. 1545-0712

Attachment Sequence No. **31**

Name(s) shown on return: Deann M Lopez

Identifying number: [redacted]

Description of activity (see page 2 of the instructions)
Sch C generally located 1800 block of loop 1604 North Frontage

**Part I** Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts. See page 2 of the instructions.

| | | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity (see page 2 of the instructions) | 1 | -1,259. |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | | |
| a | Schedule D | 2a | |
| b | Form 4797 | 2b | |
| c | Other form or schedule | 2c | |
| 3 | Other income and gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c | 3 | |
| 4 | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c | 4 | ( ) |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See page 3 of the instructions before completing the rest of this form | 5 | -1,259. |

**Part II** Simplified Computation of Amount At Risk. See page 3 of the instructions before completing this part.

| | | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. **Do not** enter less than zero | 6 | |
| 7 | Increases for the tax year (see page 3 of the instructions) | 7 | |
| 8 | Add lines 6 and 7 | 8 | |
| 9 | Decreases for the tax year (see page 4 of the instructions) | 9 | |
| 10a | Subtract line 9 from line 8 ► | 10a | |
| b | If line 10a is **more** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Pub. 925 for information on the recapture rules | 10b | |

**Part III** Detailed Computation of Amount At Risk. If you completed Part III of Form 6198 for the prior year, see page 4 of the instructions.

| | | | |
|---|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. **Do not** enter less than zero | 11 | |
| 12 | Increases at effective date | 12 | |
| 13 | Add lines 11 and 12 | 13 | |
| 14 | Decreases at effective date | 14 | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. **Do not** enter less than zero. | | |
| b | ☐ From your prior year Form 6198, line 19b. **Do not** enter the amount from line 10b of your prior year form. | 15 | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date  b ☐ The end of your prior year | 16 | |
| 17 | Add lines 15 and 16 | 17 | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date  b ☐ The end of your prior year | 18 | |
| 19a | Subtract line 18 from line 17 ► | 19a | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see **Pub. 925** for information on the recapture rules | 19b | |

**Part IV** Deductible Loss

| | | | |
|---|---|---|---|
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b | 20 | |
| 21 | **Deductible loss.** Enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See page 8 of the instructions to find out how to report any deductible loss and any carryover. | 21 | ( ) |

**Note:** If the loss is from a passive activity, see the Instructions for **Form 8582**, Passive Activity Loss Limitations, or the Instructions for **Form 8810**, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.

For Paperwork Reduction Act Notice, see page 8 of the instructions.   BAA   REV 07/11/16 TTO   Form **6198** (Rev. 11-2009)